IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. _____ / | No. C 10-00560 SBA (PR)<br><br>**ORDER VACATING HEARING** |

　　Good cause appearing, the hearing noticed in this matter on Defendants' Motion to Dismiss for November 16, 2010, at 1 p.m. is hereby VACATED. The motion will be decided without a hearing.

　　IT IS SO ORDERED.

DATED: 10/20/10

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.10\Turner0560.Vacate.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

        Plaintiff,

  v.

MATTHEW CATE et al,

        Defendant.

Case Number: CV10-00560 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen B. Turner #AVY713
Santa Rita County Jail
5325 Broader Blvd.
Dublin, CA 94568

Dated: October 20, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk