IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

        Plaintiff,

  v.

MATTHEW CATE, et al.,

        Defendants.

No. C 10-00560 SBA (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion To Dismiss.[1] Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time in which to file his opposition to Defendants' Motion To Dismiss. The time in which Plaintiff may file his opposition to Defendants' Motion To Dismiss will be extended up to and including **December 27, 2010.**

    If Defendants wish to file a reply brief, they shall do so no later than **thirty (30) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 33.

    IT IS SO ORDERED.

DATED: 11/9/10

                                                    _Saundra B Armstrong_
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

---

[1] The Court construes Plaintiff's filing on October 8, 2010, entitled "re: Hearing on 11/16/10, Request for Continuance, Case No. CV-10-0560 SBA" (docket no. 33), as a request for an extension of time to file his opposition.

G:\PRO-SE\SBA\CR.10\Turner0560.EOT-Oppo.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

        Plaintiff,

v.

MATTHEW CATE et al,

        Defendant.

Case Number: CV10-00560 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen B. Turner #AVY713
Santa Rita County Jail
5325 Broader Blvd.
Dublin, CA 94568

Dated: November 10, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Turner0560.EOT-Oppo.wpd