IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. C 10-00560 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On November 1, 2010, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because he was not in custody. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

　　　　Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

　　　　More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. Moreover, on December 21, 2010, another document directed to Plaintiff by the Court was returned to the Clerk with a notation that it was undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall terminate all pending motions as moot (docket nos. 15, 21, 30) and close the file.

　　　　IT IS SO ORDERED.

DATED: 1/11/11

　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.10\Turner0560.3-11dismissal.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | Case Number: CV10-00560 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MATTHEW CATE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen B. Turner #AVY713
Santa Rita County Jail
5325 Broader Blvd.
Dublin, CA 94568

Dated: January 12, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Turner0560.3-11dismissal.wpd